DOCKET No. **19 MJ 3011**   DEFENDANT: **Matityau Moshe Malka**

AUSA **Jamie Bagliebter**   DEF.'S COUNSEL **Joseph Vita**
☐ RETAINED   ☐ FEDERAL DEFENDERS   ☑ CJA

☐ _____ INTERPRETER NEEDED   ☑ DEFENDANT WAIVES PRE-TRIAL REPORT

☑ Rule 5   ☐ Rule 9   ☐ Rule 5(c)(3)   ☐ Detention Hrg.   DATE OF ARREST **3/26/2019**   ☐ VOL. SURR.
TIME OF ARREST **1:00 AM**   ☑ ON WRIT
☐ Other: _____   TIME OF PRESENTMENT **5:49 PM**

## BAIL DISPOSITION

☑ DETENTION ON CONSENT W/O PREJUDICE   ☐ DETENTION: RISK OF FLIGHT/DANGER   ☐ SEE ORDER
☐ DETENTION: HEARING SCHEDULED FOR _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEFENDANT RELEASED ON OWN RECOGNIZANCE
☐ $ _____ PRB
☐ _____ FRP
☐ SECURED BY $ _____ CASH/PROPERTY: _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/ _____
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)
☐ REGULAR PRETRIAL SUPERVISION   ☐ STRICT PRETRIAL SUPERVISION
☐ DRUG TESTING/TREATMENT   ☐ MENTAL HEALTH EVALUATION/TREATMENT
☐ HOME INCARCERATION   ☐ HOME DETENTION   ☐ CURFEW   ☐ ELECTRONIC MONITORING
☐ OTHER CONDITIONS _____

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE; REMAINING CONDITIONS TO BE MET BY _____
☐ DEF. TO BE RELEASED UPON SATISFACTION OF FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY _____

COMMENTS/ADDITIONAL PROCEEDINGS:

Courtflow: 20
AUSA Jamie Bagliebter appearing for the Government.
Joseph VIta (CJA) appointed as counsel for Defendant. Steven Zager present as Yiddish interpreter.
Defendant waives public reading of the complaint.
Defendant is ordered detained on consent without prejudice to making a future bail application..
Preliminary hearing scheduled for April 9, 2019, at 10:00 a.m. before Judge Smith.

☐ DEF. ARRAIGNED; PLEADS NOT GUILTY   ☐ CONFERENCE BEFORE D.J. ON _____
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

FOR RULE 5(c)(3) CASES:
☐ IDENTITY HEARING WAIVED   ☐ PRELIMINARY HEARING WAIVED
☐ DEFENDANT TO BE REMOVED   ☑ ON DEFENDANT'S CONSENT

DATE FOR PRELIMINARY HEARING **4/09/2019**   ☑ ON DEFENDANT'S CONSENT

DATE: **3/26/2019**

UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.

WHITE (ORIGINAL) - COURT FILE   PINK - U.S. ATTORNEY'S OFFICE   YELLOW - U.S. MARSHAL   GREEN - PRETRIAL SERVICES AGENCY
REV. (2011) IH-2